**Raland J Brunson**
**4287 South Harrison Blvd., Apt 132**
**Ogden, Utah 84403**
**Phone: 385-492-4898**
**Email: thedreamofthecentury@gmail.com**
**Pro Se**

## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

| | |
|---|---|
| RALAND J BRUNSON,<br><br>Appellant,<br><br>vs.<br><br>ALMA S. ADAMS ; et al.,<br><br>Appellees, | **CERTIFICATE OF NO TRANSCRIPT**<br><br>Case No. 23-4108<br><br>Trial Court Case No. 1:21-cv-00042-HCN |

Notice is hereby given that Appellant Raland J. Brunson in the above named case hereby files this Certificate of no Transcript pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure, and states that there was no hearing as it relates to this appeal.

Humbly submitted this the 31st day of August 2023.

_/s/ Raland J Brunson_
Raland J Brunson, Appellant

### CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of August, 2023 I personally placed in the United States Mail to the individuals named below low a true and correct copy of **CERTIFICATE OF NO TRANSCRIPT**.

TRINA A. HIGGINS
AMANDA A. BERNDT
Attorneys of the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111

_/s/ Raland Brunson_
Raland Brunson