**Raland J Brunson**
**4287 South Harrison Blvd., Apt 132**
**Ogden, Utah 84403**
**Phone: 385-492-4898**
**Email: thedreamofthecentury@gmail.com**
**Pro Se**

## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

| | |
|---|---|
| RALAND J BRUNSON, | ENTRY OF APPEARANCE PRO SE |
| Appellant, | Case No. 23-4108 |
| vs. | Trial Court Case No. 1:21-cv-00042-HCN |
| ALMA S. ADAMS ; et al., | |
| Appellees, | |

Raland J Brunson ("Brunson") hereby notifies the clerk that he is appearing pro se as the Appellant in this case. All notices regarding the case should be sent to Brunson at the address below. If Brunson's mailing address changes, Brunson will promptly notify the clerk in writing of his new address.

**Raland J Brunson**
**4287 South Harrison Blvd., Apt 132**
**Ogden, Utah 84403**
**Phone: 385-492-4898**
**Email: thedreamofthecentury@gmail.com**

Further, all parties to this litigation, including parties who are now or have been interested in this litigation, are revealed by the caption for this appeal.

Humbly submitted this the 31st day of August 2023.

*/s/ Raland J Brunson*
Raland J Brunson, Appellant

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of August, 2023 I personally placed in the United States Mail to the individuals named below low a true and correct copy of **ENTRY OF APPEARANCE PRO SE.**

TRINA A. HIGGINS
AMANDA A. BERNDT
Attorneys of the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111

*/s/ Raland Brunson*
Raland Brunson

SALT LAKE UT 841
FRI 01 SEP 2023 AM

Raland Brunson
4287 S. Harrison Blvd.
Ogden, UT 84403

U.S. Court of Appeals for the 10th Circuit
The Byron White U.S. Courthouse
1823 Stout Street
Denver, CO, 80257

Scanned by
US Marshal