UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

| RALAND J BRUNSON, | CONSENT TO ELECTRONIC SERVICE |
|---|---|
| Appellant, | |
| vs. | Case No. 23-4108 |
| ALMA S. ADAMS ; et al., | Trial Court Case No. 1:21-cv-00042-HCN |
| Appellees, | |

I hereby notify the clerk that I consent to receive electronic service of all documents filed in this appeal via the Court's Electronic Case Management system (ECF). All notices and electronic filings for the above-captioned case(s) should be sent to me at the email address below. If my email address changes, I will promptly notify the clerk in writing of my new email address. I understand that I will no longer receive paper copies of any documents issued by the court or electronically filed by other parties to this appeal. I understand that I need to separately consent to electronic service for each appeal in which I wish to receive electronic service and this consent is only effective as to the above captioned appeal(s).

Name: **Raland J Brunson**

Email: **thedreamofthecentury@gmail.com**

Signature: *[signature]*

### CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of August, 2023 I personally placed in the United States Mail to the individuals named below low a true and correct copy of **CONSENT TO ELECTRONIC SERVICE**.

TRINA A. HIGGINS
AMANDA A. BERNDT
Attorneys of the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111

*[signature]*
Raland Brunson

1