# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| RALAND J BRUNSON, <br><br> Appellant, <br><br> vs. <br><br> SONIA SOTOMAYOR, et al., <br><br> Appellees. | APPELLANT'S OPENING BRIEF <br><br> Case No. 23-4108 <br><br> Trial Court Case No. 1:21-cv-00042-HCN |

## APPELLANT'S OPENING BRIEF

1. **Statement of the case.**

The trial court granted Appellees' (Defendants) motion to dismiss ("Motion"). Raland J Brunson ("Brunson") Appellant now appeals the Judgment granting Defendants' Motion.

1. **Statement of Facts Relevant to the Issues Presented for Review.**

Defendants timely filed their Motion, Brunson timely filed his opposition ("Opposition") (ECF 14), Defendants timely filed their reply. The trial court filed their report and recommendation ("R&R") on or about July 7, 2023 (ECF 18) granting Defendants' Motion under Fed. R. Civ. P. 12(b)(1), and then Brunson timely filed his objection to this R&R (ECF 22), and then the court entered a judgment on August 23, 2023 ("Judgment") (ECF 24).

2. **Statement of Issues.**

a. Defendants Motion was granted under the argument that the court lacked subject-matter jurisdiction and that the Appellee's have immunity. The granting of the Motion did not touch the merits of the complaint.

The court did in fact err. The court does have subject-matter jurisdiction and the Appellee's are not afforded sovereign immunity in this case.

1

b. **Argument and Authorities:**

The R&R sustained Appellee's argument declaring that it's axiomatic that the United States may not be sued without its consent and that a party bringing suit against the United States officials bears the burden of proving that a waiver of sovereign immunity exists, and that without this sovereign immunity a court lacks subject-matter jurisdiction, and that the only conceivable schemes Brunson could have relied upon are the Tucker Act and the Federal Tort Claims Act in the Court of Federal Claims which has exclusive jurisdiction under Brunson's claims.

The application of the Tucker Act ("TA") and the Federal Tort Claims Act ("FTAC"), and the Court of Federal Claims ("CFC") against Brunson set in direct violation of Brunson's right to sue Appellees, as he has done herein, because the FTAC, TA and the CFC ("Instruments of Law") require Brunson to first get permission to sue the Appellees.

The requirement of Brunson to first get permission violates Brunson's right to freely sue the Appellees pursuant to the First Amendment. The First Amendment outlines the protection of Brunson's right to freely sue the Appellees without permission as he has done herein, it states "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances [without having to get permission from the government]." (Brackets added)

Brunson's complaint against the Appellee's is a petition for a redress of grievances. See paragraph 3 of the complaint.

Brunson's complaint against the Appellee's is protected under Brunson's "free exercise thereof". Brunson freely exercised his right to bring his claims against the Appellee's as he has done herein. He did not need permission from the Government.

2

The Instrument of Law is first subject and controlled by the Constitution of the United States. "This Constitution, and the Laws of the United States which shall be made Pursuance thereof; . . .shall be the supreme Law of the land; . . .". (See Article VI, U.S. Constitution. ). And these Instruments of Law cannot deny or disparage Brunson's rights. "The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people." See the 9th Amendment of the US Constitution. Therefore, the Instrument of Law cannot violate Brunson's free exercise to sue the Appellees by requiring him to get permission first. The Instrument of Law may be an avenue to pursue, but it cannot be a required restriction for Brunson to follow because it violates his free exercise to sue the Appellees as he has done herein.

Furthermore, once aggrieved by government action an individual can use the courts to "petition the government for a redress of grievances [without having to get permission from the government]." *Puerto Rico v Brandstad, Governor of Iowa* (1987) 483 U.S. 219,228, 107 S.Ct. 2802, 97 L.Ed.2d 187. (Brackets added)

Again, the language of the First Amendment clearly states "the free exercise thereof". In addition, in a most recent decision by the Supreme Court of the United States stated that " . . . we have made clear that individual rights enumerated in the Bill of Rights and made applicable against the States through the Fourteenth Amendment have the same scope as against the Federal Government". *New York State Rifle & Pistol Association, Inc.*, et al. v. Bruen, et al., 597 U. S. ____ (2022). Section 1 of the Fourteenth Amendment states "No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws." Brunson freely

3

exercised his right to sue the Appellees as he did herein which is a Constitutional protected "free exercise" right and as such the Instrument of Law which requires that Brunson must obtain permission from the Government before he can file his claims is unconstitutional.

Furthermore, pursuant to the case of *Alden v. Main*, 527 U.S, 706, 715-16 (1999) "If a colonial lawyer had looked into Blackstone for the theory of sovereign immunity, as indeed many did, he would have found nothing clearly suggesting that the Colonies as such enjoyed any immunity from suit." And that ""The Constitution thus contemplates that a State's government will represent and remain accountable to its own citizens." Printz, 521 U. S., at 920" (751) and "Justice Wilson's position in Chisholm: that because the people, and not the States, are sovereign, sovereign immunity has no applicability to the States." [778] and ""To the Constitution of the United States the term SOVEREIGN, is totally unknown. There is but one place where it could have been used with propriety. But, even in that place it would not, perhaps, have comported with the delicacy of those, who ordained and established that Constitution. They might have announced themselves `SOVEREIGN' people of the United States: But serenely conscious of the fact, they avoided the ostentatious declaration." 2 Dall., at 454. [783] . . . "This last position [that the King is sovereign and no court can have jurisdiction over him] is only a branch of a much more extensive principle, on which a plan of systematic despotism has been lately formed in Eng- land, and prosecuted with unwearied assiduity and care. Of this plan the author of the Commentaries was, if not the introducer, at least the great supporter. He has been followed in it by writers later and less known; and his doctrines have, both on the other and this side of the Atlantic, been implicitly and generally received by those, who neither examined their principles nor their consequences[.] The principle is, that all human law must be prescribed by a superior. This principle I mean not now to examine. Suffice it, at present to say, that another

4

principle, very different in its nature and operations, forms, in my judgment, the basis of sound and genuine jurisprudence; laws derived from the pure source of equality and justice must be founded on the CONSENT of those, whose obedience they require. The sovereign, when traced to his source, must be found in the man. " Id., at 458."" [784] (brackets added to show page numbers). Therefore, pursuant to the case of *NY* as stated above, Brunson is SOVEREIGN, and as such the Appellee's are subject to Brunson's claims against them.

Alden also stated that " . . . petition of right as an appropriate and normal practice. [791] . . . " there was no unanimity among the Framers that immunity would exist," [793] . . . It would be hard to imagine anything more inimical to the republican conception, which rests on the understanding of its citizens precisely that the government is not above them, but of them, its actions being governed by law just like their own. Whatever justification there may be for an American government's immunity from private suit, it is not dignity. [35] See United States v. Lee, 106 U. S. 196, 208 (1882). [803] . . ."If an act of parliament be made for the benefit of any person, and he is hindered by another of that benefit, by necessary consequence of law he shall have an action; and the current of all the books is so" (citation omitted).[41] *812 Blackstone considered it "a general and indisputable rule, that where there is a legal right, there is also a legal remedy, by suit or action at law, whenever that right is invaded." 3 Blackstone. The generation of the Framers thought the principle so crucial that several States put it into their constitutions.[42] And when Chief Justice Marshall asked about Marbury: "If he has a right, and that right has been violated, do the laws of his country afford him a remedy?," Marbury v. Madison, 1 Cranch 137, 162 (1803), the question was rhetorical, and the answer clear: "The very essence of civil liberty certainly consists in the right of every individual to claim the protection of the laws, whenever he receives an injury. One of the first duties of government is to afford

that protection. In Great Britain the king himself is sued in the respectful form of a petition, and he never fails to comply with the judgment of his court." Id., at 163"" [812]. (Brackets added to show page numbers).

In addition, the principle of sovereign immunity in US law was inherited from the English common law legal maxim rex non potest peccare, meaning "the king can do no wrong." Our founding fathers incorporated themselves as "We the People" in order to establish a government away from the doctrine that a king that can do no wrong by having no king at all— no king, no sovereign immunity—this is the Constitution of the United States! "This Constitution, and the Laws of the United States which shall be made Pursuance thereof; . . .shall be the supreme Law of the land; and the Judges in every State shall be bound thereby." Article VI of the Constitution.

The legal lease in addition to the Instrument of Law used to claim Appellee's have sovereign immunity in this case fails as a matter of law as explained above.

Furthermore, due to the fact that the First Amendment states that "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances [without having to get permission from the Government]." (Brackets added). And due to the fact that Brunson's complaint is a petition for a redress of grievances, this invokes subject-matter jurisdiction and gives Brunson Article III standing under the First Amendment.

Brunson's claims against Appellees is developed under their oath of office. The Appellee's swore an oath to defend and protect the Constitution against all enemies foreign and domestic. A breach of this oath is found in giving aid and comfort to enemies of the Constitution

6

or the United States of America which is an act of treason. "Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States." (See 18 U.S. § 2381.).

This owed allegiance also binds them personally to Brunson. They are bound to Brunson to honor their oath as demonstrated in Brunson's complaint and under the four causes of actions against the Appellees which clearly show how Appellee's personally damaged Brunson. Appellee's damaged every US citizen in the same way, but their failure to each bring action against Appellee's is not Brunson's concern.

The serious nature of Brunson's claims against the Appellees borderline acts of treason, and what develops from this case may be a precursor to treason against the Appellees, and misprision of treason against certain individuals of the judicial branch of Government. that this case touches.

18 USC §2382. Misprision of treason, reads, "Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven years, or both."

Bouvier's Law Dictionary of 1856, also states: "2. Misprision of treason, is the concealment of treason, by being merely passive; Act of Congress of April 30, 1790, 1 Story's L.

U. S. 83; 1 East, P. C. 139; for if any assistance be given, to the traitor, it makes the party a principal, as there is no accessories in treason."

In relation to the damages Brunson seeks against Appellees, "Common-law courts traditionally have vindicated deprivations of certain "absolute" rights that are not shown to have caused actual injury through the award of a nominal sum of money. By making the deprivation of such rights actionable for nominal damages without proof of actual injury, the law recognizes the importance to organized society that those rights be scrupulously observed; but at the same time, it remains true to the principle that substantial damages should be awarded only to compensate actual injury or, in the case of exemplary or punitive damages, to deter or punish malicious deprivations of rights." *Carey v. Piphus*, 435 US 247.

"Courts must be cautious in applying Article III standing requirements in procedural due process cases. When asserting procedural rights, Article III standing does not require plaintiffs to demonstrate that they would obtain concrete relief from the desired process. *Lujan,* 504 U.S. at 573 n. 7, 112 S.Ct. 2130; *see also Catron County Bd. of Comm'rs v. United States Fish & Wildlife Serv.,* 75 F.3d 1429, 1433 (10th Cir.1996) . . . Parties may suffer injury in fact from defective procedures even if, at the end of the day, they would not have prevailed on the merits. The Court has observed that "the right to procedural due process is `absolute' in the sense that it does not depend upon the merits of a claimant's substantive assertions." Carey v. Piphus, 435 U.S. 247, 266, 98 S.Ct. 1042, 55 L.Ed.2d 252 (1978) (citations omitted). In cases where the procedural due process rights of a person have been violated but the outcome was unaffected because the claim was not meritorious, the Court has held that plaintiffs are entitled to nominal damages. *Id.*" *Rector v. City and County of Denver*, 348 F. 3d 935

Furthermore, the court does have authority to remove a sitting Supreme Court Justice as

demonstrated in 18 U.S. Code § 2381 which states "Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States." A court adjudicating that a sitting Supreme Court Justice is incapable of holding their office is a removal of their office.

3.  **Do you think the district court applied the wrong law? If so, what law do you want to apply?** The district court wrongfully applied the Instrument of Law, and should apply the legal lease stated by Brunson above.

4.  **Did the district court incorrectly decide the facts? If so, what facts?**
The argument stated above answers these questions.

5.  **Did the district court fail to consider the important grounds for relief? If so, what grounds?**
The argument stated above answers these questions.

6.  **Do you feel that there are other reasons why the district court's judgment was wrong. If so, what?** No.

7.  **What action do you want this court to take in your case?**
To reverse the Judgment with an order that the Defendants are to answer Brunson's complaint within 10 days of this court's order, or to award Brunson what may be deemed appropriate under the circumstances.

8.  **Do you think the court should hear oral argument in this case? If so, why?**
No.

9

Humbly submitted this the 16th day of October, 2023.

_____
Raland J Brunson, Appellant


### CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of October, 2023 I personally placed in the United States Mail to the individuals named below a true and correct copy of **APPELLANT'S OPENING BRIEF**.

Amanda A. Berndt
111 South Main Street, #1800
Salt Lake City, Utah 84111
Amanda.berndt@usdoj.gov

Nathan H. Jack
111 South Main Street, #1800
Salt Lake City, Utah 84111
Nathan.jack@usdoj.gov


_____
Raland Brunson

