# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

| | |
|---|---|
| RALAND J BRUNSON,<br><br>Appellant,<br><br>vs.<br><br>SONIA SOTOMAYOR, et al.,<br><br>Appellees, | **APPELLANT'S REPLY BRIEF**<br><br>*23*<br>Case No. ~~22~~-4108<br><br>Trial Court Case No. 1:21-cv-00042-HCN |

### APPELLANT'S REPLY BRIEF

**Reply to Appellees statement of the issues:**

1.  Whether the district court properly dismissed Brunson's action, originally filed in state court, for lack of jurisdiction based on the doctrine of derivative jurisdiction.

2.  Whether the district court correctly held that the doctrine of sovereign immunity does not infringe on Brunson's First Amendment right to petition the government for a redress of grievances.

**Reply to Appellees statement of issues #1 (derivative jurisdiction):**

1.  March 7, 2023 Brunson brought his matter in the Utah Second District Court, who accepted his filing fee and issued the Summons for Brunson to serve his complaint upon the Appellees. (Case No. 230901367.)

2.  April 12, 2023 The U.S. Attorneys moved Brunson's action from state court to the federal court.

3.  In the federal court, Appellees legally argued that Brunson's case should be dismissed based on the doctrine of derivative jurisdiction, in that *"Because Mr. Brunson Has Not Identified*

*a Waiver of Sovereign Immunity to Sue Defendants in State Court, the State Court Lacked Subject-Matter Jurisdiction".*[1]

4.  Appellees further argue that a federal court's jurisdiction upon removal "*is derivative in nature and does not exist if the state court from which the action is removed lacks jurisdiction.*"[2]

5.  Appellees claim that the derivative jurisdiction doctrine deprives the district court of jurisdiction over Brunson's removed action.

6.  The district court erred when it dismissed Brunson for lack of jurisdiction when in fact it did have jurisdiction.

> *28 U.S.C. § 1441(f) "Derivative removal jurisdiction. --The court to which a civil action is removed under this section is not precluded from hearing and determining any claim in such civil action because the State court from which such civil action is removed did not have jurisdiction over that claim."*

7.  Under Defendants motion to dismiss, they legally argue that:

> *"a court must accept the factual allegations in the complaint as true."*[3] And that the burden of establishing subject-matter jurisdiction *"rests upon the party asserting jurisdiction."*[4]

8.  By the filing of Brunson's action against Appellees in State court, Brunson did fulfill the burden of establishing subject-matter jurisdiction by relying on the Utah statutes that govern the State court's guidelines for State court jurisdiction.

> Utah Code § 75-1-302 *"The [Utah State] court has full power to make orders, judgments, and decrees and take all other action necessary and proper to administer justice in the matters which come before it."* (Brackets).

9.  If the state Court is deprived to hear this case and the federal moves to inherit this deprivation upon removal, it prejudices Brunson's right to petition the government for a redress of his grievance, and leaves no room to remedy this procedural deficiency.

---

[1] See page 4 of Defendant's Motion to Dismiss.
[2] See page 3 of Defendant's motion to dismiss.
[3] See page 2 footnote 6 of Defendants motion to dismiss.
[4] See page 2 footnote 5 of Defendants motion to dismiss.

10. The concept of derivative jurisdiction was initially established in 1922 in *Lambert Run Coal Co. v. Baltimore & O.R. Co.*, 258 U.S. 377, 382 (1922). In this case, the U.S. Supreme Court ruled that the federal court lacked subject matter jurisdiction in a removed case where the State court had no subject matter jurisdiction.

11. However, Congress ostensibly overruled *Lambert* later, as is now stated in Section 1441(f). In a removed action, the section states that a federal court is not precluded from hearing and determining any claim in such civil action because the State court from which such civil action is removed did not have jurisdiction over that claim. See also Brunson's opening brief.

12. Congress' move to overrule the derivative doctrine was in alignment with the First Amendment of the U.S. Constitution wherein it provided a guard and protection to the right of the people "*to petition the Government for a redress of grievances*" without losing their right of petition upon removal from the State court to the federal court.

**Reply to Appellees statement of the issues #2 (sovereign immunity):**

1. Appellees raise the argument that they are protected from Brunson's action against them because they are shielded by what they claim is sovereign immunity, and that he must get permission from the government in order for him to be permitted to petition the government for a redress of his grievance against Appellees.

2. Any court, whether it be the U.S. Supreme Court, or any other court that supports the doctrine that "the people"[5] must first get permission from the government in order to file a case or action against a United States employee, or anyone domiciled in the United States of America, is violating their oath of office, in that they are supporting a conflict to the First Amendment of the U.S. Constitution.

---

[5] Amendment 1 of the U.S. Constitution.

3

3.   The requirement of Brunson to first get permission violates Brunson's right to freely sue the Appellees pursuant to the First Amendment. The First Amendment outlines the protection of Brunson's right to freely sue the Appellees without permission, as he has done herein.  See Brunson's opening brief.

4.   To get a better understanding of the doctrine of sovereign immunity it is important to look at its origin. The doctrine of sovereign immunity in US law was inherited from the English common law legal maxim rex non potest peccare, meaning *"the king can do no wrong."*

> *"This last position [that the king is sovereign and no court can have jurisdiction over him] is only a branch of a much more extensive principle, on which a plan of systematic despotism has been lately formed in Eng-land."*[6]

5.   Appellees argue that Brunson is not being denied his First Amendment right, pointing out that "false statements are not immunized by the First Amendment Right to freedom of speech…, baseless litigation is not immunized by the First Amendment right to petition."[7]

6.   And continues with *"("[The] right of access to the courts is neither absolute nor unconditional . . ., and there is no constitutional right of access to the courts to prosecute an action that is frivolous or malicious.")*[8]

7.   In response to this argument Brunson must point out that the conclusion to determine whether a case is frivolous, malicious, or baseless must naturally come about as a result of the due process of the litigation itself, giving both parties the fair opportunity to argue whether it is frivolous, baseless, or malicious.  See Brunson's pleadings before this court.

8.   The "century old doctrine" that Appellees use to support their sovereign immunity position, is their reference to <u>Alden v. Maine</u>, 527 U.S. 706, 715–16 (1999) *"…it is broadly*

---

[6] 2 Dall., at 454 [783].
[7] See page 10 Brief of Defendants/Appellees.
[8] See page 4 Brief of Defendants/Appellees.

*understood that the doctrine of sovereign immunity was foundational for the framers of the Constitution.*"

9.    However, Appellees selected reference to *Alden* fails to fit within the context of this case. *Alden* inferences the relationship to citizens of one State being able to sue the government of another State.  This type of sovereign immunity as referenced in *Alden* was understandable in that it specifically supported the independence of each State in relation to the citizens of each State.

10.    Once again, Appellees selective reference of *Alden* does not fit within the context of Brunson's action against the Appellees.

11.    Brunson claims that any doctrine that supports the idea that the king can do no wrong or that the government can do no wrong creates a direct conflict with the foundation upon which this country exists, in that the government must be the servant of the people and not the people being the servant of the government.  See Brunson's opening brief.

12.    Brunson's argument is that government actors must be in a position where they can constantly be in check by the people. This was the whole intention of the framers of the constitution and a powerful effective way to keep the balance of powers in check.

13.    The Appellees argue that the true and correct solution toward keeping the leaders of government in check is by way of the Federal Claims Court wherein the people must get permission first from the government in order to be sued for breaking their oath of office, and to support this solution they claim that they have immunity against Brunson's case stemming from the framers of the constitution, thus misconstruing the different non related principles of immunity in order to strengthen their position that like the king of England, the government can do no wrong, hence the phrase "sovereign immunity" meaning "the king can do no wrong."

"When we consider the nature and the theory of our institutions of government, the principles upon which they are supposed to rest, and review the history of their development, we are constrained to conclude that they do not mean to leave room for the play and action of purely personal and arbitrary power. **Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts**. And the law is the definition and limitation of power. It is, indeed, quite true, that there must always be lodged somewhere, and in some person or body, the authority of final decision; and in many cases of mere administration the responsibility is purely political, no appeal lying except to the ultimate tribunal of the public judgment, exercised either in the pressure of opinion or by means of the suffrage. But the fundamental rights to life, liberty, and the pursuit of happiness, considered as individual possessions, are secured by those maxims of constitutional law which are the monuments showing the victorious progress of the race in securing to men the blessings of civilization under the reign of just and equal laws, so that, in the famous language of the Massachusetts Bill of Rights, the government of the commonwealth "**may be a government of laws and not of men**." For, the very idea that one man may be compelled to hold his life, or the means of living, or any material right essential to the enjoyment of life, at the mere will of another, seems to be intolerable in any country where freedom prevails, as being the essence of slavery itself." (*Bold emphasis added*) *Yick Wo v. Hopkins* 118 US 356.

14. But, Appellees, in their attempt to somewhat preserve the context of the First Amendment, throw in an altered version of this right by claiming that Brunson's right to petition the government for a redress of his grievance is not infringed upon because the Federal Tort

Claims Act doesn't altogether block him from his petition, because there is a possibility that he just might get permission, that is if he qualifies based upon their own standards that came about without the consent of the people.

15.   Once again, this whole idea and doctrine of having to get permission from the government in order to sue Appellees, absolutely violates Brunson's First Amendment right.

16.   Brunson's grievance is that Appellees broke their oath of office by intentionally refusing to protect Brunson from the act of war that took place January 6, 2021 in that they denied Brunson's petition to be heard when they knew there was an act of war against Brunson, the US Constitution, and the government of the United States of America. (*See* "Exhibit A" affidavit of Raland J Brunson.)

17.   Brunson claims that if the leaders of government were legally compelled to keep their oath of office, that most if not all of the government issues that are the cause of stress to the people would not exist.

18.   Brunson further points to the fact that the way to keep leaders of government in check was already created by the framers of the constitution within the First Amendment, giving power to the people to keep their leaders in check by empowering the people to "*petition the government for a redress of grievances*". (First Amendment of the US Constitution)

19.   The First Amendment gives power to Utah Code § 75-1-302:

> "The [Utah State] court has full power to make orders, judgments, and decrees and take all other action necessary and proper to administer justice in the matters which come before it." *(Brackets).*

20.  Congress has not given Appellees immunity from Brunson's action against them and thus "The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people."[9]

21.  Brunson is a citizen of the State of Utah, and therefore the people, and thus is empowered by the U.S. Constitution to use the courts to legally cause and compel Appellees to keep their oath of office.

22.  Brunson moves this court to exercise its vested power given to them by the U.S. Constitution and allow this case regarding Appellees transgression against Brunson to be heard.

23.  In light of this restriction against Appellees, it would be unreasonable to assume that Appellees can commit fraud and treason and then find themselves under the protection of their jurisdictional and immunity claims that they are above Brunson.  Brunson is sovereign, as stated above, and as such the Appellees are not above Brunson.  Again, sovereignty when traced to its source belongs to the man as state above and as stated in Brunson's opening brief page 4.

24.  In addition, a violation of the oath of office is an act of fraud, and fraud vitiates Appellee's immunity and jurisdictional claims.  See Brunson's opening brief.

25.  Also, Appellees jurisdictional and sovereign immunity's claims are wrongful in that they placed as a restriction against Brunson due process rights to seek a redress of grievance which is protected by the 14th Amendment.  In addition, in a most recent decision by the Supreme Court of the United States stated that " . . . we have made clear that individual rights enumerated in the Bill of Rights and made applicable against the States through the Fourteenth Amendment have the same scope as against the Federal Government".  New York State Rifle & Pistol Association, Inc., et al. v. Bruen, et al., 597 U. S. ____ (2022).

---

[9] See the 10th Amendment of the U.S. Constitution.

26. Also, in light of Brunson's rights, as state above, Appellees jurisdictional and sovereign immunity claims sound in scope as being unreasonable.

> "... *consequences, manifestly contradictory to common reason, they are, with regard to those collateral consequences, void. I lay down the rule with these restrictions; though I know it is generally laid down more largely, that acts of parliament contrary to reason are void. ... But where some collateral matter arises out of the general words, and happens to be unreasonable; there the judges are in decency to conclude that this consequence was not foreseen by the parliament, and therefore they are at liberty to expound the statute by equity, and only quoad hoc disregard it." State Ex Rel. Z.C., 2007 UT 54.*

27. As a matter of law, Appellees jurisdictional and sovereign immunity claims fail as a matter of law as being both unreasonable, and in violation of Brunson's right to seek his claims against the Appellees as clearly demonstrated in Brunson's opening brief.

28. The Constitution was not written to protect government actors, no matter their station, in the violation of their oath of office. The right to file a grievance without needing to get permission is in absolute alignment with the overall intention of the founding fathers, regardless of any wrongful claims made by Appellees.

29. So, in this case, Appellees legally cannot claim to have any immunity. See the whole of Brunson's opposition to Appellees motion to dismiss and Brunson's objection to the Report and Recommendation, along with his opening brief.

30. In Brunson's pleadings before this court, Brunson clearly demonstrates that the court erred when it did not address specifically that matters contended in Brunson's arguments, which is a violation of due process.

31. The court erred when it dismissed Brunson's claims by not properly addressing Brunson's opposition to Appellees motion to dismiss. If the lower court's dismissal is to be sustained Brunson moves this court to thoroughly address all of Brunson's pleadings that are now on record and explain why his claims fail, otherwise it would be in violation of Brunson's

due process right which is a right to be heard in a meaningful way. The court must go beyond a thread bread recital that it carefully considered Brunson's argument.

## SUMMARY

By reversing the lower court's decision, which Brunson moves this court to do so, this court has the opportunity to clear up any misunderstanding that government actors are immune from the consequence of breaking their oath of office. Once again, Brunson in his claims point out that if governmental actors were to adhere to their oath of office, many of the concerns that cause the unrest and stress in this country would be eliminated. Thus, removing any claims that one must get permission from the government in order to legally compel a government actor to keep their oath of office, would be a powerful move toward the support of the framers of the Constitution and the founding fathers' vision of a country they intended to create and live in.

WHERFORE, for the said reasons, Brunson moves this court to reverse the lower court's decision with an order for the Appellees to answer Brunson's complaint within 10 days of the given order or be in default.

Humbly submitted this the 6th day of December 2023.

Raland J Brunson, Appellant

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of December, 2023 I personally placed in the United States Mail to the individuals named below low a true and correct copy of **APPELLANT'S REPLY BRIEF.**

Amanda A. Berndt
111 South Main Street, #1800
Salt Lake City, Utah 84111
Amanda.berndt@usdoj.gov

Nathan H. Jack
111 South Main Street, #1800
Salt Lake City, Utah 84111
Nathan.jack@usdoj.gov

_____
Raland Brunson

# EXHIBIT A

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| RALAND J BRUNSON,<br><br>Appellant,<br><br>vs.<br><br>SONIA SOTOMAYOR, et al.,<br><br>Appellees, | **AFFIDAVIT OF RALAND J BRUNSON**<br><br>Case No. 22-4108<br><br>Trial Court Case No. 1:21-cv-00042-HCN |

## AFFIDAVIT OF RALAND J BRUNSON

My name is Raland J Brunson. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct to the best of my knowledge.

1. I am a citizen of the State of Utah and reside in Weber County. I was born in the calendar year 1959 in Salt Lake City, Utah.

2. Early in the year of 2021 I downloaded a PDF file titled *"Congressional Record, Proceedings and Debates of the 117th Congress, First Session Vol. 167 Washington, Wednesday, January 6 2021"* from the internet site: https://www.congress.gov/117/crec/2021/01/06/CREC-2021-01-06.pdf

3. Under the title *"House of Representatives"* I read *"The House met at noon and was called to order by the Speaker pro tempore (Mr. Swalwell).*

4. The Chaplain Reverend Margaret Grun Kibben, offered the following prayer: *"We, who have pledged to defend our Constitution against all enemies,…Defend us from those adversaries, both foreign and domestic…"*

5. I was very much moved and inspired by the prayer. The speaker from Kansas, Mr. Mann came forward and led the House in the Pledge of Allegiance.

6. I read the appointment of the tellers: *"Mr. BLUNT and Ms. KLOBUCHAR on the part of the Senate, and Ms. LOFGREN and Mr. RODNEY DAVIS of Illinois on the part of the House"* who took their places at the desk.

7. I then read *"The Vice President. After ascertaining that the certificates are regular in form and authentic, the tellers will announce the votes cast by the electors for each State, beginning with Alabama."* The teller Senator Blunt then said to the Vice President *"Mr. President, the certificate of the electoral vote of the State of Alabama seems to be regular in form and authentic"* and then went ahead reported the electoral vote count. The Vice President then said *"Are there any objections to counting the certificate of vote of the State of Alabama that the teller has verified appears to be regular in form and authentic?"* There were no objections.

8. The report for each state was held in the same manner. After the report of each State I read where the House was given the opportunity to object to the teller's electoral vote report. I continued to

read the teller's electoral vote report from each State, along with the Vice President asking if there were any objections to the report of that State.

9. Then it came time for Arizona. Teller Senator Klobuchar gave the electoral vote count report, and the Vice President asked if there were any objections regarding its authenticity.

10. I read that Mr. Gosar objected to the count. *"Mr. Vice President, I, PAUL GOSAR from Arizona, rise for myself and 60 of my colleagues to object to the counting of the electoral ballots from Arizona."* The Vice President responded: *"Is the objection in writing and signed by a Senator?"* Mr. Gosar said *"Yes, it is."* Senator Cruz also said *"It is."* The Vice President then said *"An objection presented in writing and signed by both a Representative and a Senator complies with the law, chapter 1 of title 3, United States Code. The Clerk will report the objection."* The Clerk read the objection as follows:

11. *OBJECTION TO COUNTING THE ELECTORAL VOTES OF THE STATE OF ARIZONA We, a Member of the House of Representatives and a United States Senator, object to the counting of the electoral votes of the State of Arizona on the ground that they were not, under all of the known circumstances, regularly given. PAUL GOSAR, Representative, State of Arizona. TED CRUZ, Senator, State of Texas.*

12. If it is true, that the vote count from Arizona was intentionally not regular in form and authentic, then this intention would be an act of war upon me, and the country. No different than a military assault, both sharing the same intention, which is to put into power its victor.

13. Representative Ms. Lofgren, from California then accused Congressman Gosar for attempting to interfere with the 2020 Presidential Election when he objected to the vote count. She said *"Those who object to the counting of the electoral college votes, which reflect the votes of the American people, want to substitute their preferences for the [American] voters' choice."* (Brackets)

14. This serious accusation toward members of the House that they were attempting to interfere with the election was also in support by Representative Mr. Schiff who said *"we are here, with a substantial number of our Members seeking to overturn an election."*

15. There were House representatives accusing several other House members for attempting to interfere with the election. There were also House representatives crying out that the 2020 presidential election vote count was not accurate or authentic.

16. There were accusations flying back and forth that there was a threat taking place toward the freedom of this country.

17. While reading this I could see that the whole of the House of Representatives was aware that there was a threat to the freedom of this country, many of the accusations aimed at several members of the House.

18. After all these accusations, it was decided to put the proposition of investigating these voter interference accusations to a vote.

19. What really shook me up was when I discovered in this report that the majority of the members congress voted against the proposition to investigate these serious allegations. Each member of Congress was bound by their oath to vote "YEA" to investigate these allegations. Those who voted against investigating these allegations, and accusations, broke their oath of office. Each member of the House swore an oath, to protect and defend the Constitution against enemies foreign and domestic. Intentional interference in the 2020 Presidential Election is an enemy to the Constitution and those who voted against the investigation regarding these accusations were voting in favor of breaking their oath of office.

20. In June, 2021 I filed a lawsuit against those who voted against the proposed investigation. My lawsuit was generally dismissed because the defendants claimed sovereign immunity.

21. February 2022 I filed my appeal to the 10th Circuit Court of Appeals. They denied my appeal and supported the lower court decision.

22. September 2022 I petitioned the U.S. Supreme Court to have my case heard. Case No. 22-380. My petition was denied.

23. January 2023 I petitioned the U.S. Supreme Court for a rehearing, Case No. 22-380 and again my petition was denied.

24. In my said petition I referenced the Congressional Record, giving all of them the full awareness of this serious offense. This Congressional Record made each member of the U.S. Supreme Court fully aware of the offense against me, and yet they denied me of a hearing, breaking their oath of office.

Executed on this the 6th day of December, 2023

Raland J Brunson

## **NOTARY JURAT**


STATE OF UTAH          )
                                     ):ss
COUNTY OF WEBER   )

Raland J Brunson, (Affiant), personally appeared before me and proved to me of his identity through documentary evidence, and being first duly sworn and under oath, deposes and says that he has read the forgoing affidavit and that the statements made therein are true of his own personal knowledge and he signed the affidavit in my presence. Affiant is over the age of 21 and declares that he is fully competent to testify as to the statements above of his own knowledge.


DATED this 6th day of December, 2023.


RACHAEL SCOTT
Notary Public - State of Utah
Comm. No. 727382
My Commission Expires on
Oct 20, 2026

Affiant

Notary Public

3



**1**

$2.31 US POSTAGE
5 OZ FIRST-CLASS MAIL FLATS RATE
RETAIL

0628000144213\4
94J9475
FROM 84403

stamps
endicia
12/09 2023

## USPS FIRST CLASS MAIL®

Raland Brunson
4287 Harrison Blvd # 132
Ogden UT 84403-3101

SHIP
TO:
Clerk of the Court
c/o 10th Circuit Court of Appeals
1823 Stout St
Denver CO 80257-0001

Scanned by
US Marshal